Paul W. Moncrief, Esq.  SBN 204239
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff,
Andrew Smith Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 07-04306 HRL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 28, 2007

Respectfully Submitted,

JOHNSON & MONCRIEF, PLC

Paul W. Moncrief
Attorneys for Plaintiff Andrew Smith Company