UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Andrew Smith Company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Lett Us One, et.al.,<br><br>　　　　　Defendants.<br>_____/ | No. C07-04306<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 4, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **December 7, 2007** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on November 30, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: August 30, 2007　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　　　　　 /s/*Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy for
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Paul William Moncrief    paul@johnsonmoncrief.com