# Affidavit of Process Server

United States District Court Northern District Of California
(NAME OF COURT)

| Andrew Smith Company | vs Lett Us One / Robert Romero / Lisette Maldonado | C07-04306 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Freddy Rivera**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Lett Us One / Robert Romero / Lisette Maldonado / DEFENDANTS
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) summons; complaint; order setting initial Case Management Conference and ADR deadline; Notice of Assignment of Case to a United States Magistrate Judge;

by leaving with **ROBERTO ROMERA**   **DEFENDANT**   At
NAME / RELATIONSHIP

☐ Residence _____ ADDRESS _____ CITY / STATE

☒ Business **LETT US ONE CENTRO INDUSTRIAL**   **CAGUAS   PUERTO RICO**
ADDRESS / CITY / STATE

On **09/07/2007** AT **11:30am**
DATE / TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ CITY  STATE  ZIP

**Manner of Service:**
☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) ___ DATE ___ TIME  (2) ___ DATE ___ TIME
(3) ___ DATE ___ TIME  (4) ___ DATE ___ TIME  (5) ___ DATE ___ TIME

**Description:** Age **55**  Sex **male**  Race **his**  Height **6**  Weight **200**  Hair **gray**  Beard **yes**  Glasses **yes**

AFFID. NO.: 19,699

SUBSCRIBED AND SWORN to before me this **12** of **September** 2007

SIGNATURE OF PROCESS SERVER

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of _____

FORM 2   NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS