Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorneys for Plaintiff,
Andrew Smith Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 07-04306 HRL<br><br>REQUEST TO ENTER DEFAULT |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, ANDREW SMITH COMPANY, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendants Lett Us One, Robert Romero and Lizzete Maldonado on the grounds that said Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil

Application for Default Entry by Clerk
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

1

1 | Procedure. Plaintiff served the Complaint on Defendants on September 7, 2007, evidenced by
2 | the Proof of Service of Summons on file with this Court.
3 |   The above stated facts are set forth in the accompanying declaration of Paul Hart filed
4 | herewith.

8 | Dated: November 16, 2007    JOHNSON & MONCRIEF, PLC

Paul Hart
Attorneys for Plaintiff
Andrew Smith Company

Application for Default Entry by Clerk
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

2

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**REQUEST TO ENTER DEFAULT**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX___ (**BY MAIL**) By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ (**BY HAND-DELIVERY**) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ (**BY OVERNIGHT DELIVERY**) By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____ (**BY FACSIMILE TRANSMISSION**) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico 00914

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 16, 2007, in Salinas, California.

_____
Sandra Lee Divens