```
1  Paul W. Moncrief, Esq. SBN 204239
   Paul Hart, Esq. SBN 237766
2  JOHNSON & MONCRIEF, PLC
   295 Main Street, Suite 600
3  Salinas, CA 93901
   Telephone: (831) 759-0900
4  Facsimile: (831) 759-0902

5  Attorney for Plaintiff,
   Andrew Smith Company
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 07-04306 HRL<br><br>DECLARATION OF PAUL HART, ESQUIRE IN SUPPORT OF CLERK-ENTRY DEFAULT JUDGMENT |

I, Paul Hart, Esquire, declare as follows:

    1.    I am the attorney for the Plaintiff, Andrew Smith Company.

    2.    Defendants Lett Us One, Robert Romero and Lizzete Maldonado have not appeared in this action and have not responded to the complaint within the time permitted by law.

Declaration of Paul Hart, Esquire in Support of Clerk-Entry Default Judgment
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

1

3. Defendants are not infants, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. A Request to Enter Default is made concurrently herewith.

5. This action involves a claim for damages by Plaintiff Andrew Smith Company against Defendants Lett Us One, Robert Romero and Lizzete Maldonado pursuant to contracts for the sale of produce and likewise pursuant to the Perishable Agricultural Commodities Act of 1930 as amended, 7 U.S.C. Section 449(c)(5) ("PACA"). Copies of the unpaid invoices and shipment contracts are attached hereto as Exhibits A-C.

6. There is now due and owing under said contracts the total sum of $15,785.52, for the following reasons: Plaintiff is the beneficiary of the floating nonsegregated statutory trust on all of Defendants' perishable agricultural commodities, all inventories of food or other products derived from perishable agricultural commodities, and any receivables or proceeds from the sale of such perishable agricultural commodities or products or assets derived therefrom pursuant to 7 U.S.C. Section 449e(c)(1)-(4) of PACA due to Defendants' failure to remit payment for commodities received and shipped to Defendants by Plaintiff.

7. The said sum has not been paid.

8. Said sum became due and payable as follows:

Invoice No. 21029, $7,013.58, past due after January 25, 2007;

-- Defendant made a partial payment in the amount of $6,988.58 on or about October 22, 2007

Invoice No. 21179, $8,044.94, past due after February 1, 2007;

Invoice No. 21374, $7,715.58, past due after February 15, 2007.

Plaintiff is entitled to prejudgment interest from the dates set forth above by virtue of the contracts at the rate of 1 ½ % per month (18% annual percentage rate) until paid.

9. Plaintiff is entitled to reasonable attorney fees pursuant to the terms of the contract sued upon herein. Plaintiff will seek all reasonable attorney fees from the Court in this

Declaration of Paul Hart, Esquire in Support of Clerk-Entry Default Judgment
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

2

1  matter. As of November 1, 2007, the Plaintiff has incurred Five thousand two hundred twenty
2  dollars and 00/100 ($5,220.00) in attorney's fees as evidenced by the Client Ledger attached hereto
3  as Exhibit D.
4      I declare under penalty of perjury under the laws of the State of California that the
5  foregoing is true and correct.

7  Executed on November 16, 2007

                                                          Paul Hart, Esquire

Declaration of Paul Hart, Esquire in Support of Clerk-Entry Default Judgment
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

3

# EXHIBIT A

# ANDREW SMITH COMPANY

GROWER - PACKER - SHIPPER

P.O. BOX 7296 • SPRECKELS, CA 93962-7295
(831) 757-1230
(831) 757-2230

WHEN MAKING PAYMENT, PLEASE RETURN ONE
COPY OF INVOICE OR REFER TO FILE NUMBER BELOW.

**INVOICED TO:** LETT US ON CORE
F.O. BOX 6678 LOIZA STAT
SAN JUAN
PR

**Product Condition Will Exclude:**
**EPIDERMUS PEEL and BLISTERING**

**SHIPPED TO:** LETT US ON CORE

| DATE SHIPPED | BUYER P.O. NUMBER | TERMS | TRUCK OR CAR NO. AND ROUTING INSTRUCTIONS | BROKER NAME | BROKER NO. | REFER TO FILE NO. | DATE | FILE NO. |
|---|---|---|---|---|---|---|---|---|
| 1/13/07 | | 1% NET 10 DAYS | 2291450 | | | | 1/15/07 | 1022 |

| LINE | DESCRIPTION | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | CLEAN/CORE COOL CONTRACT | 288.4 | 24.2550 | 6,989.50 |
| | RECORDER | 1 | 24.0000 | 24.00 |
| | FIBER BINS, ASCO | | | |
| | | | | 7,013.50 |

**PLEASE PAY LAST AMOUNT IN THIS COLUMN**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

This conformation is issued and accepted subject to the rules and regulations and definitions of terms as recognized and approved by the U.S. Secretary of Agriculture under The Perishable Agriculture Commodities Act. The absence of any immediately written protest against the confirmation or any part of it, will be construed as an acknowledgment of complete understanding and agreement with the statements and requirements made herein.

Credit on merchandise will not be allowed unless notified of defects within 24 hours of arrival. No adjustments will be accepted without authorized Andrew Smith Company adjustment number issued by our Sales Department. A timely Federal Inspection Certificate is required for all produce quality issues.

NOTICE: Shipper agrees to be responsible for any violations of State and Federal Laws pertaining to shipments of Fruits and Vegetables under the Food and Drug Acts covering intrastate and interstate commerce. ALL SALES F.O.B.A. NO GRADE CONTRACT GOOD DELIVERY STANDARDS APPLY EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. Andrew Smith Company collects and Remits to the Shippers and Receivers convenience.

A finance charge of 1 1/2% per month (18% annual percentage rate) will be applied to previous balance of all past due accounts. In the event of any judicial or quasi-judicial action, the prevailing party in such action shall be entitled to all reasonable legal fees and costs.

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON IT \_\_\_\_\_PT, OTHERWISE WE WILL ASSUME YOU CONSIDER IT CORRECT.

**FILE COPY**

# EXHIBIT B

**Andrew Smith Company**

GROWER - PACKER - SHIPPER

P.O. BOX 7296 • SPRECKELS, CA 93962-7296
(831) 757-1230
(831) 757-2239

WHEN MAKING PAYMENT, PLEASE RETURN ONE COPY OF INVOICE OR REFER TO FILE NUMBER BELOW.

INVOICED TO: LETT US ON CORP
P.O. BOX 4572 LOIZA STAT
SAN JUAN
PR

0091433

Product Condition Will Exclude:
EPIDERMUS PEEL and BLISTERING

SHIPPED TO: LETT US ON CORP

| DATE SHIPPED | BUYER P.O. NUMBER | TERMS | BROKER NO. | REFER TO FILE NO. FILE NO. |
|---|---|---|---|---|
| 2/02/07 | PRO1310745 | FOB NET 10 DAYS | | 21374 |

TRUCK OR CAR NO. AND ROUTING INSTRUCTIONS

| | BROKER NAME | | DATE |
|---|---|---|---|
| | | | 2/05/07 |

D & J

| DESCRIPTION | UNITS | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CLEAN/CURE COOL CONTRACT | 39144 | .1950 | 7,633.08 |
| RECORDER | 1 | 21.0000 | 21.00 |
| FIBER BINS, ASSO | 45 | | |
| | | | 7,715.60 |

CHESTER

PLEASE PAY LAST AMOUNT IN THIS COLUMN

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

This confirmation is issued and accepted subject to the rules and regulations and definitions of terms as recognized and approved by the U.S. Secretary of Agriculture under The Perishable Agriculture Commodities Act. The absence of any immediately written protest against the confirmation or any part of it, will be construed as an acknowledgment of complete understanding and agreement with the statements and requirements made herein.

Credit on merchandise will not be allowed unless notified of defects within 24 hours of arrival. No adjustments will be accepted without authorized Andrew Smith Company adjustment number issued by our Sales Department. A timely Federal Inspection Certificate is required for all produce quality issues.

NOTICE: Shipper agrees to be responsible for any violations of State and Federal Laws pertaining to shipments of Fruits and Vegetables under the Food and Drug Acts covering intrastate and interstate commerce. ALL SALES F.O.B.A. NO GRADE CONTRACT GOOD DELIVERY STANDARDS APPLY EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. Andrew Smith Company collects and Remits for the Shippers and Receivers convenience.

A finance charge of 1 1/2% per month (18% annual percentage rate) will be applied to previous balance of all past due accounts. In the event of any judicial or quasi-judicial action, the prevailing party in such action shall be entitled to all reasonable legal fees and costs.

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE BILL   IF AS CONSUMMATED. WE WILL ANY CONTRACTUAL DISCREPANCIES UPON ITS   OTHERWISE WE WILL ASSUME YOU CONSIDER IT CORRECT.

FILE COPY

# EXHIBIT C

Case 5:07-cv-04306-RMW    Document 10    Filed 11/19/2007    Page 8 of 14

**ANDREW SMITH COMPANY**

GROWER - PACKER - SHIPPER

P.O. BOX 7296 - SPRECKELS, CA 93962-7296
(831) 757-1230
(831) 757-2230

WHEN MAKING PAYMENT, PLEASE RETURN ONE
COPY OF INVOICE OR REFER TO FILE NUMBER BELOW.

| INVOICED TO: | LETT US ON CORP | | REFER TO FILE NO. |
| --- | --- | --- | --- |
| | P.O. BOX 2575 LOIZA STAT | | |
| | SAN JUAN | | |
| | PR | 0091400 | |

| SHIPPED TO: | LETT US ON CORP | | | | |
| --- | --- | --- | --- | --- | --- |
| DATE SHIPPED | BUYER P.O. NUMBER | TERMS | BROKER NAME | BROKER NO. | DATE | FILE NO. |
| 1/19/07 | | FOB NET 10 DAYS | | | 1/22/07 | 2172 |

TRUCK OR CAR NO. AND ROUTING INSTRUCTIONS

AVENTURERO TRUCKING

| DESCRIPTION | | UNITS | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| CLEAN/CORE COOL CONTRACT | | | | |
| RECORDER | 2846451 | 41135 | .1950 | 8,020.84 |
| FIBER BINS, ASCO | | 1 | 24.0000 | 24.00 |
| | | 42 | | |
| | | | | 8,044.84 |

PLEASE PAY LAST AMOUNT IN THIS COLUMN

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

This conformation is issued and accepted subject to the rules and regulations and definitions of terms as recognized and approved by the U.S. Secretary of Agriculture under The Perishable Agriculture Commodities Act. The absence of any immediately written protest against the confirmation or any part of it, will be construed as an acknowledgment of complete understanding and agreement with the statements and requirements made herein.

Credit on merchandise will not be allowed unless notified of defects within 24 hours of arrival. No adjustments will be accepted without authorized Andrew Smith Company adjustment number issued by our Sales Department. A timely Federal Inspection Certificate is required for all produce quality issues.

NOTICE: Shipper agrees to be responsible for any violations of State and Federal Laws pertaining to shipments of Fruits and Vegetables under the Food and Drug Acts covering intrastate and interstate commerce. ALL SALES F.O.B. NO GRADE CONTRACT GOOD DELIVERY STANDARDS APPLY EXCLUDING BRUISING AND/OR DISCOLORATION FOLLOWING BRUISING. Andrew Smith Company collects and Remits for the Shippers and Receivers convenience.

A finance charge of 1 1/2% per month (18% annual percentage rate) will be applied to previous balance of all past due accounts. In the event of any judicial or quasi-judicial action, the prevailing party in such action shall be entitled to all reasonable legal fees and costs.

THIS INVOICE REPRESENTS OUR UNDERSTANDING OF THE TRANSACTION AS CONSUMMATED. WIRE ANY CONTRACTUAL DISCREPANCIES UPON ITS RECEIPT, OTHERWISE WE WILL ASSUME YOU CONSIDER IT CORRECT

FILE COPY

# EXHIBIT D

Nov 8/2007
Case 5:07-cv-04306-RMW   Document 10   Filed 11/19/2007   Page 11 of 14
Johnson & Moncrief, PLC
Client Ledger
ALL DATES
Page 1

```
Date        Received From/Paid To              Che#        General              Bld                   Trust
   Entry#   Explanation                        Rcpt#  Rcpts  Disbs    Fees  Inv#  Acc   Rcpts   Disbs    Balance
            |————————— UNBILLED ——————————|   |——————————— BILLED ———————————|  |——— BALANCES ———|
FIRM TOTALS     CHE    +    RECOV   +   FEES  = TOTAL    DISBS  +   FEES   +  TAX  - RECEIPTS   =  A/R      TRUST
PERIOD         0.00         0.00       50.00   50.00     0.00      5220.00     0.00    1787.50    3432.50    0.00
END DATE       0.00         0.00       50.00   50.00     0.00      5220.00     0.00    1787.50    3432.50    0.00
```

REPORT SELECTIONS
Report:                          Client Ledger
Layout Template:                 All
Requested by:                    ADMIN
Finished:                        Thursday, November 08, 2007 at 02:01:57 PM
Date Range:                      ALL DATES
Matters:                         06017.005
Clients:                         All
Major Clients:                   All                      Firm Totals Only:                    Yes
Responsible Lawyer:              All                      Entries Shown - Billed Only:         No
Client Intro Lawyer:             All                      Entries Shown - Disbursements:       Yes
Assigned Lawyer:                 All                      Entries Shown - Receipts:            Yes
Type of Law:                     All                      Entries Shown - Trust:               Yes
Matters Sort By::                Default                  Entries Shown - Time or Fees:        Yes
New Page for Each Lawyer:        No                       Working Lawyer:                      No
New Page for Each Matter:        No                       Incl. Matters with Retainer Bal:     No
Totals Only:                     No                       Incl. Matters with Neg Unbld Disb:   No
Consolidate Payments:            No                       Interest Up To:                      11/8/2007
No Activity Date:                Dec 31/2199              Trust Account:                       All
Select From:                     Active, Inactive Matters
Include Corrected Entries:       No                       Show Client Address:                 No
Show Check # on Paid Payables:   No
Ver:                             7.63f                    Show Trust Summary by Account:       No

# *Johnson & Moncrief, PLC*

295 S. Main St., Suite 600
Salinas, CA 93901

Ph: (831) 759-0900      Fax: (831) 759-0902

Andrew Smith                                                                                October 31, 2007
PO Box 7296
Spreckels, CA  93962

|  |  |
|---|---|
| File #: | 06017.005 |
| **Attention:** | |
| Inv #: | 5185 |

RE:      PACA litigation v. Let Us One, Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-01-07 | Indexing documents. | 0.10 | 12.50 | SD |
| Oct-02-07 | Telephone conference with Robert Romero regarding Stipulated Judgment; telephone call to Dave Robinson regarding totals; instruct staff regarding preparation of Stipulation and Agreement and total fees/costs to date. | 0.60 | 165.00 | PH |
| Oct-03-07 | Indexing documents. | 0.10 | 12.50 | SD |
| Oct-04-07 | Drafting Stipulation and Order for Settlement and Entry of Judgment. | 1.80 | 450.00 | PKG |
| Oct-05-07 | Litigation meeting regarding getting Stipulated Judgment entered. | 0.23 | 57.50 | PKG |
|  | Finalize Stipulated Judgment. | 2.60 | 650.00 | PKG |
|  | Drafted and revised letter to Defendants enclosing Stipulation for Entry of Judgment. | 0.40 | 50.00 | SD |
| Oct-08-07 | Review edits by LettUsOne; call Robert Romero; letter to Robert Romero. | 0.80 | 220.00 | PH |
|  | Fax cover sheet; faxed and copied; calendared for followup; finalized letter to Mr. Romero; fax cover sheet; faxed and copied; indexed documents and pleadings. | 0.90 | 112.50 | SD |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Oct-11-07 | Analysis of upcoming issues and resolution strategies. | 0.26 | 65.00 | PKG |
| Oct-17-07 | Email to Dave Robinson regarding wire transfer; indexing documents. | 0.20 | 25.00 | SD |
| Oct-23-07 | Drafting Request to Enter Default and all necessary documents to take Default. | 2.00 | 500.00 | PKG |
| Oct-30-07 | Review of Request for Default documents so they may be revised to exclude recent payment by Defendants. | 0.20 | 50.00 | PKG |
| | Telephone call to Dave Robinson regarding amount due by Defendant - left message. | 0.10 | 25.00 | PKG |
| | Office conference to assess upcoming deadlines and resolution strategies. | 0.20 | 50.00 | PKG |
| | Totals | 10.49 | $2,445.00 | |

| | |
|---|---|
| **Total Fee & Disbursements** | $2,445.00 |
| Previous Balance | 1,775.00 |
| Previous Payments | 787.50 |
| Interest Rate | 1.50% |
| Interest Due | $0.00 |
| **Balance Now Due** | **$3,432.50** |

TAX ID Number    20-3623881

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Oct-17-07 | For Services Rendered (Ck #061839) - Thank You! | 787.50 |
| | **Total Payments** | **$787.50** |

# PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**DECLARATION OF PAUL HART, ESQUIRE IN SUPPORT OF CLERK-ENTRY DEFAULT JUDGMENT**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX   **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____   **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____   **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____   **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico  00914

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 16, 2007, in Salinas, California.

*Sandra Lee Divens*
Sandra Lee Divens