| | |
|---|---|
| 1 | Paul W. Moncrief, Esq. SBN 204239 |
| | Paul Hart, Esq. SBN 237766 |
| 2 | JOHNSON & MONCRIEF, PLC |
| | 295 Main Street, Suite 600 |
| 3 | Salinas, CA 93901 |
| | Telephone: (831) 759-0900 |
| 4 | Facsimile: (831) 759-0902 |
| 5 | Attorneys for Plaintiff, |
| | Andrew Smith Company |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, | Case No. C 07-04306 HRL |
| Plaintiff, | DEFAULT BY CLERK |
| v. | |
| LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive, | |
| Defendants. | |

It appearing from the records in the above-entitled action that summons has been served upon the Defendants named below, and it further appearing from the Declaration of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a) and Local Rule 14.10 that each of the below Defendants have failed to plead or otherwise defend in said action as

1  directed in said Summons and as provided in the Federal Rules of Civil Procedure:

3  Now, therefore, on request of counsel, the DEFAULT of each of the following named
4  Defendants is hereby entered:

6  Lett Us One, Robert Romero and Lizzete Maldonado.

12  By_____
            Deputy Clerk

Default by Clerk
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**DEFAULT BY CLERK**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX___ (**BY MAIL**) By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____ (**BY HAND-DELIVERY**) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____ (**BY OVERNIGHT DELIVERY**) By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____ (**BY FACSIMILE TRANSMISSION**) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico  00914

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 16, 2007, in Salinas, California.

_____
Sandra Lee Divens