**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

November 29, 2007


RE:  CV 07-04306 RMW      ANDREW SMITH COMPANY-v- LETT US ONE, ET AL


Default is entered as to defendants Lett Us One, Robert Romero and Lizzete Maldonado on November 29, 2007.




RICHARD W. WIEKING, Clerk


by /s/ Diane Miyashiro
Case Systems Administrator




NDC TR-4  Rev. 3/89