```
1  Paul W. Moncrief, Esq.  SBN 204239
   JOHNSON & MONCRIEF, PLC
2  295 Main Street, Suite 600
   Salinas, CA 93901
3  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
4
   Attorney for Plaintiff,
5  Andrew Smith Company
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY, | Case No. C 07-04306 HRL |
| Plaintiff, | **APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| v. | |
| LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive, | |
| Defendants. | |

TO: DEFENDANTS LETT US ONE, ROBERT ROMERO, LIZZETE MALDONADO AND YOUR ATTORNEY(S)

PLEASE TAKE NOTICE THAT on January 18, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located on the 4th Floor, Courtroom 6, 280 South First Street, San Jose, California 95113, Plaintiff will present

Application for Default Judgment by Court
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

1

1  its application for a default judgment against Defendants. The clerk has previously entered the
2  default of said Defendants on November 29, 2007.

3      At the time and place of hearing, Plaintiff will present proof of the following matters:

4      1.    Defendants Lett Us One, Robert Romero and Lizzete Maldonado are not infants
5  or incompetent persons or in military service or otherwise exempted under the Soldiers' and
6  Sailors' Civil Relief Act of 1940; and

7      2.    Said defendants have not appeared in this action.

8      3.    Plaintiff is entitled to judgment against said defendants on account of the claims
9  pleaded in the complaint, to wit: breach of contract; enforcement of statutory trust provisions
10 of PACA; for violation of PACA, failure to account and pay promptly; for injunctive relief
11 and/or temporary restraining order; unjust enrichment; conversion; and declaratory relief.

12     4.    The amount of judgment sought is the sum of $15,785.52, plus prejudgment
13 interest at the rate of 1 ½ % per month and attorney fees in the amount of $5,220.00, as set
14 forth in the declaration of Paul Hart, Esquire.

15     This Application is based on this Notice, the Declaration of Paul Hart, Esquire, and the
16 pleadings, files and other matters that may be presented at the hearing.

Dated: December 3, 2007        JOHNSON & MONCRIEF, PLC

/s/_____
Paul Hart
Attorneys for Plaintiff
Andrew Smith Company

Application for Default Judgment by Court
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

2

**PROOF OF SERVICE**

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**APPLICATION FOR DEFAULT JUDGMENT BY COURT**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX     (**BY MAIL**) By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____     (**BY HAND-DELIVERY**) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____     (**BY OVERNIGHT DELIVERY**) By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

_____     (**BY FACSIMILE TRANSMISSION**) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico  00914

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 3, 2007, in Salinas, California.

_____
Sandra Lee Divens