1
2
3
4
5
6
7
8             IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  ANDREW SMITH COMPANY,                    ***E-FILED - 12/6/07***
12              Plaintiff,                   CASE NO.: C-07-04306-RMW
13        v.                                 **CLERK'S NOTICE VACATING HEARING**
14  LETT US ONE, et al.,
15              Defendant.
16
17
18    YOU ARE HEREBY NOTIFIED that the Clerk's Notice which was issued by the Court on
19  August 30, 2007 setting forth a Case Management Conference on December 7, 2007, is hereby
20  VACATED.
21    Counsel are hereby informed of the vacated hearing date.
22
23  DATED: December 6, 2007
24                                BY: _____
                                      JACKIE GARCIA
25                                    Courtroom Deputy for
                                      Honorable Ronald M. Whyte
26
27
28

1  Copy of Order E-Filed to Counsel of Record: