1  Paul W. Moncrief, Esq. SBN 204239
   JOHNSON & MONCRIEF, PLC
2  295 Main Street, Suite 600
   Salinas, CA 93901
3  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
4
   Attorney for Plaintiff,
5  Andrew Smith Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 07-04306 HRL<br><br>FIRST AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT |

TO:    DEFENDANTS LETT US ONE, ROBERT ROMERO, LIZZETE MALDONADO AND YOUR ATTORNEY(S)

PLEASE TAKE NOTICE THAT on January 18, 2008, at 9:00 a.m., or as soon thereafter as this matter may be heard by the above-entitled Court, located on the 4th Floor, Courtroom 6, 280 South First Street, San Jose, California 95113, Plaintiff will present

First Amended Application for Default Judgment by Court
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

1

1 | its application for a default judgment against Defendants. The clerk has previously entered the
2 | default of said Defendants on November 29, 2007.

At the time and place of hearing, Plaintiff will present proof of the following matters:

1. Defendants Lett Us One, Robert Romero and Lizzete Maldonado are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and

2. Said defendants have not appeared in this action.

3. Plaintiff is entitled to judgment against said defendants on account of the claims pleaded in the complaint, to wit: breach of contract; enforcement of statutory trust provisions of PACA; for violation of PACA, failure to account and pay promptly; for injunctive relief and/or temporary restraining order; unjust enrichment; conversion; and declaratory relief.

4. The amount of judgment sought is the sum of $17,743.49. This includes an unpaid principal balance of $7,755.58, prejudgment interest at the rate of 1 ½ % per month, totaling $3,462.91, and attorney fees in the amount of $6,525.00, as set forth in the First Amended Declaration of Paul Hart, Esquire.

This Application is based on this Notice, the First Amended Declaration of Paul Hart, Esquire, and the pleadings, files and other matters that may be presented at the hearing.

Dated: January 16, 2008                JOHNSON & MONCRIEF, PLC


/s/_____
Paul Hart
Attorneys for Plaintiff
Andrew Smith Company

First Amended Application for Default Judgment by Court
*Andrew Smith Company v. Lett Us One, et al*
Case No. C 07-04306 HRL

2

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**FIRST AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX    (**BY MAIL**) By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____    (**BY HAND-DELIVERY**) By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____    (**BY OVERNIGHT DELIVERY**) By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

XX    (**BY FACSIMILE TRANSMISSION**) By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico  00914
(787) 286-1226 Facsimile
rocky.romero@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 17, 2008, in Salinas, California.

_____
Sandra Lee Divens

## JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, California 93901
Telephone (831) 759-0900
Fax: (831) 753-0902
E-mail: PaulHart@JohnsonMoncrief.com

### FAX COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | **Robert Romero** | **FAX:** | 787-286-1226 |
| | | **PHONE:** | 787-286-0260 |

Date: January 17, 2008

**FROM:** Paul Hart, Esq.                                   Transmitted by: Sandra

TOTAL NUMBER OF PAGES TRANSMITTED

    COVER SHEET:   1
    LEGAL SIZE:
    LETTER SIZE:   14

    TOTAL SENT:   15                       Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

**MESSAGE**

HARD COPY

☐ Will follow by mail        ☐ Will follow by overnight mail        ☐ Will not follow

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 01/16/2008 21:55
                                              NAME  :
                                              FAX   :
                                              TEL   :
                                              SER.# : 000A7J872696


    DATE,TIME                     01/16  21:51
    FAX NO./NAME                  17872861226
    DURATION                      00:03:16
    PAGE(S)                       15
    RESULT                        OK
    MODE                          STANDARD
                                  ECM
```

# JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, California 93901
Telephone (831) 759-0900
Fax: (831) 753-0902
E-mail: PaulHart@JohnsonMoncrief.com

## FAX COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Robert Romero | **FAX:** | 787-286-1226 |
| | | **PHONE:** | 787-286-0260 |

Date: January 17, 2008

**FROM:** Paul Hart, Esq.                                     Transmitted by: Sandra

TOTAL NUMBER OF PAGES TRANSMITTED

COVER SHEET:   1
LEGAL SIZE:
LETTER SIZE:   14

TOTAL SENT:    15                              Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

```
                                ATT215647318 (2)
Reporting-MTA: dns;ex14.myhostedexchange.com

Final-Recipient: rfc822;rocky.romero@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: rocky.romero@gmail.com
```

## Sandra Divens

| | |
|---|---|
| **From:** | Sandra Divens |
| **Sent:** | Thursday, January 17, 2008 10:00 AM |
| **To:** | rocky.romero@gmail.com |
| **Subject:** | Andrew Smith v. Lett Us One |
| **Attachments:** | Letter.pdf |

Mr. Romero:

Please see attached.

Sandra Divens
Paralegal
Johnson & Moncrief, PLC
295 South Main Street, Suite 600
Salinas, CA 93901
(831) 759-0900
(831) 759-0902 Fax
sandra@johnsonmoncrief.com

<<Letter.pdf>>

**Sandra Divens**

---

**From:** Lanlogic Support
**Sent:** Thursday, January 17, 2008 10:00 AM
**To:** Sandra Divens
**Subject:** Delivery Status Notification (Relay)

**Attachments:** ATT215647318.txt; Andrew Smith v. Lett Us One



ATT215647318.txt   Andrew Smith v.
(448 B)            Lett Us One

```
           This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

     rocky.romero@gmail.com
```

1

## Sandra Divens

| | |
|---|---|
| **From:** | Roberto C Romero [rocky.romero@gmail.com] |
| **Sent:** | Thursday, January 17, 2008 9:59 AM |
| **To:** | Sandra Divens |
| **Subject:** | Delivered: Andrew Smith v. Lett Us One |
| **Attachments:** | ATT215647311.txt |



ATT215647311.txt
(362 B)

```
        Your message was delivered to the recipient.
Sent via BlackBerry by AT&T
```

1