Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff,
Andrew Smith Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **ANDREW SMITH COMPANY,** | Case No. C 07-04306 HRL |
| **Plaintiff,** | **FIRST AMENDED DECLARATION OF PAUL HART, ESQUIRE IN SUPPORT OF FIRST AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT** |
| v. | |
| **LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,** | |
| **Defendants.** | |

I, Paul Hart, Esquire, declare as follows:

1.      I am the attorney for the Plaintiff, Andrew Smith Company.

2.      Defendants Lett Us One, Robert Romero and Lizzete Maldonado have not appeared in this action and have not responded to the complaint within the time permitted by law.

3.      Defendants are not infants, incompetent persons, or persons in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4.    This action involves a claim for damages by Plaintiff Andrew Smith Company against Defendants Lett Us One, Robert Romero and Lizzete Maldonado pursuant to contracts for the sale of produce and likewise pursuant to the Perishable Agricultural Commodities Act of 1930 as amended, 7 U.S.C. Section 449(c)(5) ("PACA").

5.    There is now due and owing under said contracts the principal sum of $7,755.58 which represents the remaining unpaid principal owed on Plaintiff's Invoice Numbers 20955, 21029, 21179, and 21374, as detailed in Exhibit A Pages 1 and 2.

6.    The principal sum of $7,755.58 has not been paid on those invoices as of January 16, 2008. Defendant has made partial payments to Plaintiff after Plaintiff originally applied to this Court for a default judgment. Those payments have been credited. Attached hereto as **Exhibit A** are the Accounts Receivable Ledger of Plaintiff evidencing said partial payments.

7.    Said sum became due and payable as follows:

a.    Invoice No. 21029, $7,013.58, past due after January 25, 2007. Defendant made a partial payment in the amount of $6,988.58 on or about October 22, 2007. Interest calculated from January 25, 2007 through January 16, 2008 (270 days) in the amount of 18% per annum on $7,013.58. 270 days at $3.46 per day, for a total of $934.20 in interest. Interest calculated from October 22, 2007 through January 16, 2008 (86 days) in the amount of 18% per annum on $25.00. 86 days at $.01 per day, for a total of $.86 in interest. Interest charges in the amount of $935.06 are due and owing on this invoice.

b.    Invoice No. 21179, $8,044.94, past due after February 1, 2007. Defendant made a partial payment in the amount of $8,029.94 on or about December 14, 2007. Interest calculated from February 1, 2007 through January 16, 2008 (316 days) in the amount of 18% per annum on $8,044.94. 316 days at $3.97 per day, for a total of $1,254.52 in

1                interest.  Interest calculated from December 14, 2007 through January

2                16, 2008 (33 days) in the amount of 18% per annum on $15.00.  33

3                days at $.01 per day, for a total of $.33 in interest.  Interest charges in

4                the amount of $1,254.85 are due and owing on this invoice.

5        c.        Invoice No. 21374, $7,715.58, past due after February 15, 2007.

6                Interest calculated from February 15, 2007 through January 16, 2008

7                (335 days) in the amount of 18% per annum.  335 days at $3.80 per

8                day, for a total of $1,273.00 in interest.  Interest charges in the amount

9                of $1,273.00 are due and owing on this invoice.

10      Plaintiff is entitled to prejudgment interest from the dates set forth above by virtue of

11 the contracts at the rate of 1 ½ % per month (18% annual percentage rate) until paid.  The total

12 prejudgment interest owing on all invoices is **$3,462.91** through January 16, 2008.

13      8.      Plaintiff is entitled to reasonable attorney fees pursuant to the terms of the contract

14 sued upon herein.  Plaintiff will seek all reasonable attorney fees from the Court in this matter.  As

15 of January 15, 2008, the Plaintiff has incurred Five Thousand Eight Hundred Thirty-Seven Dollars

16 and Fifty Cents ($5,837.50) in attorney's fees as evidenced by the Client Ledger attached hereto as

17 **Exhibit B.**  Additionally, Plaintiff has incurred an additional $550.00 in attorney fees that is

18 presently unbilled.  It is anticipated that Plaintiff will incur an additional $137.50 in attorney fee for

19 attendance at the hearing on Judgment.  Therefore, Plaintiff seeks a total of **$6,525.00** in attorney

20 fees.

21      I declare under penalty of perjury under the laws of the State of California that the

22 foregoing is true and correct.  Executed on this 16th day of January, 2008, in Salinas,

23 California.

24

25                /S/_____

26                      Paul Hart, Esquire

27

28

# EXHIBIT A

Run Date: 1/02/08                                           **ANDREW SMITH COMPANY**
                    **10:04**                               **OPEN/PAID**

| Cust# | Customer Name | Inv # | Ship Date | Invoice Amount | Adjustment Amount |
|-------|---------------|-------|-----------|----------------|-------------------|
| 812 | LETT US ONE CORP | 20955 | 12/28/06 | $6,467.58 | |
| | | 21029 | 01/13/07 | $7,013.58 | |
| | | 21179 | 01/19/07 | $8,044.94 | |
| | | 21374 | 02/02/07 | $7,715.58 | |

**TOTAL**

**ACCOUNTS RECEIVABLE**

Page:   1
SR11A

| Discount Taken | Amount Received | Date Received | Invoice Balance | Status |
|---|---|---|---|---|
| | $6,467.58 | 07/06/07 | | Paid |
| | $6,988.58 | 10/22/07 | $25.00 | Partial Payment |
| | $8,029.94 | 12/14/07 | $15.00 | Partial Payment |
| | | | $7,715.58 | Open |

$7,755.58

# EXHIBIT B

Jan 15/2008                                          Johnson & Moncrief, PLC                                                    Page: 1
                                                          Client Ledger
                                                            ALL DATES

| Date | Received From/Paid To | Che# | | General | | Bld \|----------- Trust Activity -----------\| |
|---|---|---|---|---|---|---|
| Entry # | Explanation | Rec# | Rcpts | Disbs | Fees | Inv# Acc | Rcpts | Disbs | Balance |

ASmith Smith, Andrew
06017.005    PACA litigation v. Let Us One, Inc.                                                      Resp Lawyer: PWM

| Date | Explanation | Che#/Rec# | Rcpts | Disbs | Fees | Inv# |
|---|---|---|---|---|---|---|
| Apr 27/2007 39268 | Billing on Invoice 3192 | | | 0.00 | | 3192 |
| Jun 29/2007 46160 | Billing on Invoice 4075 FEES    987.50 | | | 0.00 | | 4075 |
| Jul 31/2007 48750 | Billing on Invoice 4277 FEES    275.00 | | | 0.00 | | 4277 |
| Aug 22/2007 49862 | 06017.005 Smith, Andrew PMT - For Services Rendered (Ck #061427) - Thank You! | 01226 | 222.78 | | | |
| Aug 22/2007 49863 | 06017.005 Smith, Andrew PMT - For Services Rendered (Ck #061427) - Thank You! | 01226 | 52.22 | | | |
| Aug 31/2007 51586 | Billing on Invoice 4636 FEES    725.00 | | | 0.00 | | 4636 |
| Sep 12/2007 53830 | 06017.005 Smith, Andrew PMT - For Services Rendered (Ck #061623) - Thank You! | 01307 | 2.27 | | | |
| Sep 12/2007 53831 | 06017.005 Smith, Andrew PMT - For Services Rendered (Ck #061623) - Thank You! | 01307 | 587.45 | | | |
| Sep 12/2007 53832 | 06017.005 Smith, Andrew PMT - For Services Rendered (Ck #061623) - Thank You! | 01307 | 135.28 | | | |
| Sep 30/2007 57161 | Billing on Invoice 4915 FEES    787.50 | | | 0.00 | | 4915 |
| Oct 17/2007 58671 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #061839) - Thank You! | 3212 | 47.73 | | | |
| Oct 17/2007 58672 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #061839) - Thank You! | 3212 | 269.08 | | | |
| Oct 17/2007 58673 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #061839) - Thank You! | 3212 | 470.69 | | | |
| Oct 31/2007 60745 | Billing on Invoice 5185 FEES   2445.00 | | | 0.00 | | 5185 |
| Nov 28/2007 63544 | Billing on Invoice 5565 FEES    430.00 | | | 0.00 | | 5565 |
| Dec 26/2007 65400 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #062320) - Thank You! | 3466 | 1576.24 | | | |
| Dec 26/2007 65401 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #062320) - Thank You! | 3466 | 692.90 | | | |
| Dec 26/2007 65402 | 06017.005 Andrew Smith Co. PMT - For Services Rendered (Ck #062320) - Thank You! | 3466 | 605.86 | | | |
| Dec 28/2007 66103 | Billing on Invoice 5742 FEES    187.50 | | | 0.00 | | 5742 |

| | CHE | + | UNBILLED RECOV | + | FEES | = TOTAL | | DISBS | + BILLED FEES | + TAX | - RECEIPTS | | BALANCES = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | | | | | | | | |
| PERIOD | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 5837.50 | 0.00 | 4662.50 | | 1175.00 | 0.00 |
| END DATE | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 5837.50 | 0.00 | 4662.50 | | 1175.00 | 0.00 |

| | CHE | + | UNBILLED RECOV | + | FEES | = TOTAL | | DISBS | + BILLED FEES | + TAX | - RECEIPTS | | BALANCES = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM TOTAL: | | | | | | | | | | | | | | |
| PERIOD | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 5837.50 | 0.00 | 4662.50 | | 1175.00 | 0.00 |
| END DATE | 0.00 | | 0.00 | | 0.00 | 0.00 | | 0.00 | 5837.50 | 0.00 | 4662.50 | | 1175.00 | 0.00 |

REPORT SELECTIONS - Client Ledger
Layout Template                        Default
Advanced Search Filter                 None
Requested by                           ADMIN
Finished                               Tuesday, January 15, 2008 at 07:29:03 AM
Ver                                    9.02b
Matters                                06017.005
Clients                                All
Major Clients                          All
Client Intro Lawyer                    All
Responsible Lawyer                     All
Assigned Lawyer                        All
Type of Law                            All
Select From                            Active, Inactive, Archived Matters
Matters Sort by                        Default
New Page for Each Lawyer               No
New Page for Each Matter               No
No Activity Date                       Dec 31/2199
Firm Totals Only                       No
Totals Only                            No
Entries Shown - Billed Only            No
Entries Shown - Disbursements          Yes
Entries Shown - Receipts               Yes
Entries Shown - Time or Fees           No
Entries Shown - Trust                  Yes
Incl. Matters with Retainer Bal        No

Jan 15/2008

Johnson & Moncrief, PLC
Client Ledger
ALL DATES

| Date | Received From/Paid To | Che# | | General | | | Bld | \|----------- Trust Activity -----------\| | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Entry # | Explanation | Rec# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |

| | | | |
|---|---|---|
| Incl. Matters with Neg Unbld Disb | No | |
| Trust Account | All | |
| Working Lawyer | All | |
| Include Corrected Entries | No | |
| Show Check # on Paid Payables | No | |
| Show Client Address | No | |
| Consolidate Payments | No | |
| Show Trust Summary by Account | No | |

1

**PROOF OF SERVICE**

2

I am employed in the County of Monterey, State of California. I am over the age of eighteen
years and not a party to the within action. My business address is 295 S Main Street, Suite 600,
3   Salinas, CA 93901

4   On the date set forth below, I caused the following document(s) entitled:

5   **FIRST AMENDED DECLARATION OF PAUL HART, ESQUIREI N SUPPORT OF
FIRST AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT**
6

7   to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the
following means:

8

XX      **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at
9          Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am
readily familiar with this firm's practice for collection and processing of correspondence
10         for mailing with the U.S. Postal Service, and in the ordinary course of business,
correspondence would be deposited with the U.S. Postal Service the same day it was
11         placed for collection and processing.

12         **(BY HAND-DELIVERY)**   By causing a true copy thereof, enclosed in a sealed
envelope, to be delivered by hand to the address(es) shown below.
13

_____    **(BY OVERNIGHT DELIVERY)**  By placing with Federal Express and/or UPS a true
14        copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson
& Moncrief, PLC at the address(es) shown below.
15

XX      **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile
16         transmission  from facsimile number (831) 759-0902 to interested party(ies) of their
attorney of record to said action at the facsimile number(s) shown below.
17

18  addressed as follows:

19  Robert Romero
Lizzete Maldonado
20  Lett Us One
Post Office Box 6578
21  Loiza Station
San Juan, Puerto Rico  00914
22  (787) 286-1226 Facsimile
rocky.romero@gmail.com
23

I declare under penalty of perjury under the laws of the State of California that the foregoing is
24  true and correct. Executed on January 17, 2008, in Salinas, California.

25

26

27  ------------------------------------------------------------
Sandra Lee Divens

28

# JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, California 93901
Telephone (831) 759-0900
Fax: (831) 753-0902
E-mail: PaulHart@JohnsonMoncrief.com

## FAX COVER SHEET

**TO:**    **Robert Romero**          **FAX:**      **787-286-1226**
                                       **PHONE:**    **787-286-0260**

Date:  January 17, 2008

**FROM**:  Paul Hart, Esq.                         Transmitted by: Sandra

TOTAL NUMBER OF PAGES TRANSMITTED

        COVER SHEET:    1
        LEGAL SIZE:
        LETTER SIZE:    14

        TOTAL SENT:     15                 Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

## MESSAGE

HARD COPY

☐  Will follow by mail       ☐  Will follow by overnight mail       ☐  Will not follow

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 01/16/2008 21:55
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : 000A7J872696
```

```
    DATE,TIME           01/16  21:51
    FAX NO./NAME        17872861226
    DURATION            00:03:16
    PAGE(S)             15
    RESULT              OK
    MODE                STANDARD
                        ECM
```

# JOHNSON & MONCRIEF, PLC
### 295 Main Street, Suite 600
### Salinas, California  93901
### Telephone (831) 759-0900
### Fax: (831) 753-0902
### E-mail: PaulHart@JohnsonMoncrief.com

## FAX COVER SHEET

**TO:**     **Robert Romero**               **FAX:**     **787-286-1226**
                                            **PHONE:**   **787-286-0260**

Date: January 17, 2008

**FROM:** Paul Hart, Esq.                           Transmitted by: Sandra

### TOTAL NUMBER OF PAGES TRANSMITTED

|                     |     |
| ------------------- | --- |
| COVER SHEET:        | 1   |
| LEGAL SIZE:         |     |
| LETTER SIZE:        | 14  |
| TOTAL SENT:         | 15  |

Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

ATT215647318 (2)
Reporting-MTA: dns;ex14.myhostedexchange.com

Final-Recipient: rfc822;rocky.romero@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: rocky.romero@gmail.com

## Sandra Divens

| | |
|---|---|
| **From:** | Sandra Divens |
| **Sent:** | Thursday, January 17, 2008 10:00 AM |
| **To:** | rocky.romero@gmail.com |
| **Subject:** | Andrew Smith v. Lett Us One |
| **Attachments:** | Letter.pdf |

Mr. Romero:

Please see attached.

Sandra Divens
Paralegal
Johnson & Moncrief, PLC
295 South Main Street, Suite 600
Salinas, CA  93901
(831) 759-0900
(831) 759-0902 Fax
sandra@johnsonmoncrief.com

<<Letter.pdf>>

**Sandra Divens**

| | |
|---|---|
| **From:** | Lanlogic Support |
| **Sent:** | Thursday, January 17, 2008 10:00 AM |
| **To:** | Sandra Divens |
| **Subject:** | Delivery Status Notification (Relay) |

**Attachments:**     ATT215647318.txt; Andrew Smith v. Lett Us One

ATT215647318.txt     Andrew Smith v.
(448 B)              Lett Us One

        This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

        rocky.romero@gmail.com

1

**Sandra Divens**

| | |
|---|---|
| **From:** | Roberto C Romero [rocky.romero@gmail.com] |
| **Sent:** | Thursday, January 17, 2008 9:59 AM |
| **To:** | Sandra Divens |
| **Subject:** | Delivered: Andrew Smith v. Lett Us One |

**Attachments:**     ATT215647311.txt



ATT215647311.txt
(362 B)

        Your message was delivered to the recipient.
Sent via BlackBerry by AT&T

1