Paul W. Moncrief, Esq. SBN 204239
Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff,
Andrew Smith Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LETT US ONE, ROBERT ROMERO, an individual, LIZZETE MALDONADO, an individual, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No. C 07-04306 HRL<br><br>SECOND AMENDED DECLARATION OF PAUL HART, ESQUIRE IN SUPPORT OF SECOND AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT |

I, Paul Hart, Esquire, declare as follows:

1.   I am the attorney for the Plaintiff, Andrew Smith Company ("Plaintiff").

2.   On January 17, 2008, I filed the First Amended Application for Default Judgment by Court and the First Amended Declaration of Paul Hart, Esquire in Support of First Amended Application for Default Judgment by Court and served same on Defendants by facsimile, e-mail, and mail.

3.   Subsequently, I received a telephone call from Defendant Robert Romero indicating that all principal amounts had been paid to Plaintiff.

4. Plaintiff has verified that a payment was received from Defendants on January 9, 2008, and that all principal amounts have been paid by Defendants. Plaintiff's Accounting Receivable Ledger is attached hereto as **Exhibit A**.

5. Interest charges have been incurred as follows:

   a. Invoice No. 21029, $7,013.58, past due after January 25, 2007. Defendant made payment in the amount of $6,988.58 on or about October 22, 2007. Plaintiff has waived the remaining principal due in the amount of $25.00. Interest calculated from January 25, 2007 through October 22, 2007 (270 days) in the amount of 18% per annum on $7,013.58. 270 days at $3.46 per day, for a total of $934.20 in interest charges due and owing on this invoice.

   b. Invoice No. 21179, $8,044.94, past due after February 1, 2007. Defendant made payment in the amount of $8,029.94 on or about December 14, 2007. Plaintiff has waived the remaining principal due in the amount of $15.00. Interest calculated from February 1, 2007 through December 14, 2007 (316 days) in the amount of 18% per annum on $8,044.94. 316 days at $3.97 per day, for a total of $1,254.52 in interest charges due and owing on this invoice.

   c. Invoice No. 21374, $7,715.58, past due after February 15, 2007. Defendant made payment in the amount of $7,715.58 on or about January 9, 2008. Plaintiff has waived the remaining principal due in the amount of $15.00. Interest calculated from February 15, 2007 through January 9, 2008 (328 days) in the amount of 18% per annum. 328 days at $3.80 per day, for a total of $1,246.40 in interest charges due and owing on this invoice.

Plaintiff is entitled to prejudgment interest from the dates set forth above by virtue of the contracts at the rate of 1 ½ % per month (18% annual percentage rate) until paid. The

total prejudgment interest owing on all invoices is **$3,435.12**.

      8.    Plaintiff is entitled to reasonable attorney fees and costs pursuant to the terms of the contract sued upon herein. Plaintiff will seek all reasonable attorney fees from the Court in this matter. As of January 15, 2008, the Plaintiff has incurred $5,837.50 in attorney's fees and $740.00 in costs (filing fee and process serving fee) as evidenced by the Client Ledger attached hereto as **Exhibit B.** Additionally, Plaintiff has incurred an additional $550.00 in attorney fees that are presently unbilled. It is anticipated that Plaintiff will incur an additional $137.50 in attorney fee for attendance at the hearing on Judgment. Therefore, Plaintiff seeks a total of **$7,265.00** in attorney fees and costs.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 17th day of January, 2008, in Salinas, California.

/S/_____
Paul Hart, Esquire

# EXHIBIT A

As Of: 1/15/08    11:22            ANDREW SMITH COMPANY            Page: 1
                                 OPEN/PAID ACCOUNTS RECEIVABLE            SR11A

| Cust# | Customer Name | Inv # | Ship Date | Invoice Amount | Adjustment Amount | Discount Taken | Amount Received | Date Received | Invoice Balance | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 812 | LETT US ONE CORP | 20955 | 12/28/06 | $6,467.58 | | | $6,467.58 | 07/06/07 | | Paid |
| | | 21029 | 01/13/07 | $7,013.58 | ($25.00) | | $6,988.58 | 10/22/07 | | Paid |
| | | 21179 | 01/19/07 | $8,044.94 | ($15.00) | | $8,029.94 | 12/14/07 | | Paid |
| | | 21374 | 02/02/07 | $7,715.58 | ($15.00) | | $7,700.58 | 01/09/08 | | Paid |

TOTAL                                               $0.00

# EXHIBIT B

Case 5:07-cv-04306-RMW   Document 19   Filed 01/17/2008   Page 6 of 17

```
Jan 15/2008                          Johnson & Moncrief, PLC                                               Page: 1
                                           Client Ledger
                                            ALL DATES
 Date         Received From/Paid To    Che#              General                    Bld |---------- Trust Activity ----------|
   Entry #    Explanation              Rec#    Rcpts      Disbs        Fees        Inv# Acc    Rcpts      Disbs      Balance

ASmith Smith, Andrew
06017.005      PACA litigation v. Let Us One, Inc.                                              Resp Lawyer: PWM
Apr 27/2007   Billing on Invoice 3192                               0.00           3192
    39268
Jun 29/2007   Billing on Invoice 4075                               0.00           4075
    46160    FEES          987.50
Jul 31/2007   Billing on Invoice 4277                               0.00           4277
    48750    FEES          275.00
Aug 22/2007   06017.005 Smith, Andrew   01226   222.78
    49862    PMT - For Services Rendered (Ck
              #061427) - Thank You!
Aug 22/2007   06017.005 Smith, Andrew   01226    52.22
    49863    PMT - For Services Rendered (Ck
              #061427) - Thank You!
Aug 31/2007   Billing on Invoice 4636                               0.00           4636
    51586    FEES          725.00
Sep 12/2007   06017.005 Smith, Andrew   01307     2.27
    53830    PMT - For Services Rendered (Ck
              #061623) - Thank You!
Sep 12/2007   06017.005 Smith, Andrew   01307   587.45
    53831    PMT - For Services Rendered (Ck
              #061623) - Thank You!
Sep 12/2007   06017.005 Smith, Andrew   01307   135.28
    53832    PMT - For Services Rendered (Ck
              #061623) - Thank You!
Sep 30/2007   Billing on Invoice 4915                               0.00           4915
    57161    FEES          787.50
Oct 17/2007   06017.005 Andrew Smith Co. 3212    47.73
    58671    PMT - For Services Rendered (Ck
              #061839) - Thank You!
Oct 17/2007   06017.005 Andrew Smith Co. 3212   269.08
    58672    PMT - For Services Rendered (Ck
              #061839) - Thank You!
Oct 17/2007   06017.005 Andrew Smith Co. 3212   470.69
    58673    PMT - For Services Rendered (Ck
              #061839) - Thank You!
Oct 31/2007   Billing on Invoice 5185                               0.00           5185
    60745    FEES         2445.00
Nov 28/2007   Billing on Invoice 5565                               0.00           5565
    63544    FEES          430.00
Dec 26/2007   06017.005 Andrew Smith Co. 3466  1576.24
    65400    PMT - For Services Rendered (Ck
              #062320) - Thank You!
Dec 26/2007   06017.005 Andrew Smith Co. 3466   692.90
    65401    PMT - For Services Rendered (Ck
              #062320) - Thank You!
Dec 26/2007   06017.005 Andrew Smith Co. 3466   605.86
    65402    PMT - For Services Rendered (Ck
              #062320) - Thank You!
Dec 28/2007   Billing on Invoice 5742                               0.00           5742
    66103    FEES          187.50
```

```
              |--------- UNBILLED ----------|   |--------- BILLED ----------|   |----- BALANCES -----|
TOTALS        CHE    +  RECOV   +  FEES    = TOTAL    DISBS  +  FEES   + TAX   - RECEIPTS   = A/R       TRUST
PERIOD        0.00      0.00       0.00      0.00     0.00    5837.50    0.00    4662.50    1175.00    0.00
END DATE      0.00      0.00       0.00      0.00     0.00    5837.50    0.00    4662.50    1175.00    0.00

              |--------- UNBILLED ----------|   |--------- BILLED ----------|   |----- BALANCES -----|
FIRM TOTALS   CHE    +  RECOV   +  FEES    = TOTAL    DISBS  +  FEES   + TAX   - RECEIPTS   = A/R       TRUST
PERIOD        0.00      0.00       0.00      0.00     0.00    5837.50    0.00    4662.50    1175.00    0.00
END DATE      0.00      0.00       0.00      0.00     0.00    5837.50    0.00    4662.50    1175.00    0.00
```

```
REPORT SELECTIONS - Client Ledger
Layout Template                 Default
Advanced Search Filter          None
Requested by                    ADMIN
Finished                        Tuesday, January 15, 2008 at 07:29:03 AM
Ver                             9.02b
Matters                         06017.005
Clients                         All
Major Clients                   All
Client Intro Lawyer             All
Responsible Lawyer              All
Assigned Lawyer                 All
Type of Law                     All
Select From                     Active, Inactive, Archived Matters
Matters Sort by                 Default
New Page for Each Lawyer        No
New Page for Each Matter        No
No Activity Date                Dec 31/2199
Firm Totals Only                No
Totals Only                     No
Entries Shown - Billed Only     No
Entries Shown - Disbursements   Yes
Entries Shown - Receipts        Yes
Entries Shown - Time or Fees    No
Entries Shown - Trust           Yes
Incl. Matters with Retainer Bal No
```

```
Jan 15/2008                                    Johnson & Moncrief, PLC                                                              Page: 2
                                                     Client Ledger
                                                      ALL DATES
Date      Received From/Paid To      Che#                 General                     Bld |----------- Trust Activity -----------|
   Entry #   Explanation             Rec#      Rcpts        Disbs         Fees        Inv#  Acc      Rcpts        Disbs      Balance

Incl. Matters with Neg Unbld Disb     No
Trust Account                         All
Working Lawyer                        All
Include Corrected Entries             No
Show Check # on Paid Payables         No
Show Client Address                   No
Consolidate Payments                  No
Show Trust Summary by Account         No
```

Case 5:07-cv-04306-RMW    Document 19    Filed 01/17/2008    Page 8 of 17

| | INVOICE | | INVOICE AMOUNT | LESS DISCOUNT | NET AMOUNT PAYABLE |
|---|---|---|---|---|---|
| _IT US O | 8/17/07 | | 350.00 | | 350.00 |

FARM FRESH
FOOD SERVICE PACK

| 061490 | VENDOR NUMBER 3187 | TOTALS | AMOUNT BILLED 350.00 | DISCOUNT | NET PAID 350.00 |
|---|---|---|---|---|---|

PLEASE DETACH BEFORE DEPOSITING CHECK

ANDREW SMITH COMPANY    P.O. BOX 7296 • SPRECKELS, CA 93962-7296

THE CHECK IS TENDERED IN FULL PAYMENT OF INVOICES LISTED ABOVE

---

THE FACE OF THIS DOCUMENT HAS A RAINBOW COLORED BACKGROUND ON WHITE SAFETY PAPER

ANDREW SMITH COMPANY

GROWER—PACKER—SHIPPER
P.O. BOX 7296 • SPRECKELS, CA 93962-7296
(831) 757-0318

RABOBANK, N.A.
SALINAS, CA 93901

90-3842/1222

NO. 061490

DATE 8/17/07    CHECK NO. 61490    AMOUNT ******350.00

PAY   THREE HUNDRED FIFTY AND NO/100 DOLLARS

TO THE ORDER OF

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈061490⑈ ⑆122238420⑆ 0660058321⑈

| OUR REFERENCE | INVOICE | DESCRIPTION | INVOICE AMOUNT | LESS DISCOUNT | NET AMOUNT PAYABLE |
|---|---|---|---|---|---|
| LETT-US O | 8/24/07 | | 390.00 | | 390.00 |
| | | FARM FRESH FOOD SERVICE PACK | | | |

| | VENDOR NUMBER | | AMOUNT BILLED | DISCOUNT | NET PAID |
|---|---|---|---|---|---|
| 061501 | 1100 | TOTALS | 390.00 | | 390.00 |

PLEASE DETACH BEFORE DEPOSITING CHECK

ANDREW SMITH COMPANY    P.O. BOX 7296 • SPRECKELS, CA 93962-7296

THE CHECK IS TENDERED IN FULL PAYMENT OF INVOICES LISTED ABOVE

---

THE FACE OF THIS DOCUMENT HAS A RAINBOW COLORED BACKGROUND ON WHITE SAFETY PAPER

**ANDREW SMITH COMPANY**

GROWER—PACKER—SHIPPER

P.O. BOX 7296 • SPRECKELS, CA 93962-7296
(831) 757-0318

RABOBANK, N.A.
SALINAS, CA 93901

90-3842/1222

NO. 061501

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 8/24/07 | 61501 | ******390.00 |

PAY    THREE HUNDRED NINETY AND NO/100 DOLLARS

TO THE ORDER OF    A. ALICEA

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑆061501⑆ ⑈122238420⑈ 066005832⑈

## PROOF OF SERVICE

I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 295 S Main Street, Suite 600, Salinas, CA 93901

On the date set forth below, I caused the following document(s) entitled:

**SECOND AMENDED DECLARATION OF PAUL HART, ESQUIRE IN SUPPORT OF SECOND AMENDED APPLICATION FOR DEFAULT JUDGMENT BY COURT**

to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the following means:

XX      **(BY MAIL)** By placing each envelope (with postage affixed thereto) in the U.S. Mail at Johnson & Moncrief, PLC, 295 S Main Street, Suite 600, Salinas, California. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing.

_____    **(BY HAND-DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the address(es) shown below.

_____    **(BY OVERNIGHT DELIVERY)** By placing with Federal Express and/or UPS a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to Johnson & Moncrief, PLC at the address(es) shown below.

XX      **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy thereof by facsimile transmission from facsimile number (831) 759-0902 to interested party(ies) of their attorney of record to said action at the facsimile number(s) shown below.

addressed as follows:

Robert Romero
Lizzete Maldonado
Lett Us One
Post Office Box 6578
Loiza Station
San Juan, Puerto Rico  00914
(787) 286-1226 Facsimile
rocky.romero@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 17, 2008, in Salinas, California.

Sandra Lee Divens

## JOHNSON & MONCRIEF, PLC

295 Main Street, Suite 600
Salinas, California 93901
Telephone (831) 759-0900
Fax: (831) 753-0902
E-mail: PaulHart@JohnsonMoncrief.com

## FAX COVER SHEET

| | | |
|---|---|---|
| **TO:** **Robert Romero** | **FAX:** | **787-286-1226** |
| | **PHONE:** | **787-286-0260** |

Date: January 17, 2008

**FROM**: Paul Hart, Esq.                                    Transmitted by: Sandra

TOTAL NUMBER OF PAGES TRANSMITTED

    COVER SHEET:   1
    LEGAL SIZE:
    LETTER SIZE:   15

    TOTAL SENT:   16                               Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

### MESSAGE

**HARD COPY**

☐ Will follow by mail     ☐ Will follow by overnight mail      Will not follow

```
TRANSMISSION VERIFICATION REPORT

                                    TIME    : 01/16/2008 23:46
                                    NAME    :
                                    FAX     :
                                    TEL     :
                                    SER.#   : 000A7J872696

DATE,TIME               01/16 23:42
FAX NO./NAME            17872861226
DURATION                00:03:55
PAGE(S)                 16
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# JOHNSON & MONCRIEF, PLC

295 Main Street, Suite 600
Salinas, California 93901
Telephone (831) 759-0900
Fax: (831) 753-0902
E-mail: PaulHart@JohnsonMoncrief.com

## FAX COVER SHEET

**TO:** Robert Romero                    **FAX:** 787-286-1226
                                         **PHONE:** 787-286-0260

Date: January 17, 2008

**FROM:** Paul Hart, Esq.                Transmitted by: Sandra

TOTAL NUMBER OF PAGES TRANSMITTED

  COVER SHEET:    1
  LEGAL SIZE:
  LETTER SIZE:   15
  TOTAL SENT:    16

Client/Matter No.: 6017.005

The material accompanying this facsimile contains confidential information belonging to the sender, which may be privileged. The information is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination, disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone so we can arrange for the return of the original documents to us at no cost to you. Thank you.

# Sandra Divens

**From:** Lanlogic Support
**Sent:** Thursday, January 17, 2008 11:45 AM
**To:** Sandra Divens
**Subject:** Delivery Status Notification (Relay)

**Attachments:** ATT216007449.txt; Andrew Smith v. Lett Us One

 

ATT216007449.txt    Andrew Smith v.
(448 B)             Lett Us One

```
           This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested
delivery status notifications may not be generated by the destination.

     rocky.romero@gmail.com
```

```
                                  ATT216007449
Reporting-MTA: dns;ex14.myhostedexchange.com

Final-Recipient: rfc822;rocky.romero@gmail.com
Action: relayed
Status: 2.5.0
X-Display-Name: rocky.romero@gmail.com
```

Page 1

## Sandra Divens

| | |
|---|---|
| **From:** | Sandra Divens |
| **Sent:** | Thursday, January 17, 2008 11:45 AM |
| **To:** | rocky.romero@gmail.com |
| **Subject:** | Andrew Smith v. Lett Us One |
| **Attachments:** | Letter.pdf |

Mr. Romero:

Please see attached.

Sandra Divens
Paralegal
Johnson & Moncrief, PLC
295 South Main Street, Suite 600
Salinas, CA  93901
(831) 759-0900
(831) 759-0902 Fax
sandra@johnsonmoncrief.com

<<Letter.pdf>>

**Sandra Divens**

**From:** Roberto C Romero [rocky.romero@gmail.com]
**Sent:** Thursday, January 17, 2008 11:44 AM
**To:** Sandra Divens
**Subject:** Delivered: Andrew Smith v. Lett Us One

**Attachments:** ATT216007445.txt

ATT216007445.txt
(362 B)

```
        Your message was delivered to the recipient.
Sent via BlackBerry by AT&T
```