UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 18, 2008

Case No. C-07-04306-RMW    JUDGE: Ronald M. Whyte

ANDREW SMITH COMPANY    -v- LETT US ONE, et al.
Title

Appeared via Phone                No Appearance
Attorneys Present                 Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**ORDER AFTER HEARING**

Hearing Held. The Court's tentative ruling is as follows: Although the Court recognizes that default has been entered, the Court is concerned whether defendants, who have been responsive but late, has had notice that plaintiff has additional demands for interest and attorney's fees against them. Court is also concerned about the interest rate of 18% even though it appears that this rate is provided for in the contract. The Court to issue a final ruling to the parties. The matter is deemed submitted.