**E-FILED on**    2/12/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW SMITH COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>LETT US ONE, ROBERT ROMERO, and LIZZETE MALDONADO,<br><br>      Defendants. | No. C-07-04306 RMW<br><br>JUDGMENT |

On January 29, 2008, the court issued an order granting plaintiff Andrew Smith Company's application for default judgment against defendants Lett Us One, Robert Romero and Lizzete Maldonado. Accordingly, default judgment is hereby entered in favor of plaintiffs and against defendants. Plaintiff is awarded the amount of $10,012.62, which represents $3,435.12 in finance charges; $5,837.50 in attorney fees; and $740.00 in costs.

DATED:    2/8/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-07-04306 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Lester Paul Hart        PaulHart@JohnsonMoncrief.com
Paul William Moncrief   paul@johnsonmoncrief.com

**Counsel for Defendants:**

No appearance

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      2/12/08                       /s/ MAG
                                      **Chambers of Judge Whyte**

JUDGMENT—No. C-07-04306 RMW
MAG                                           2